AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Justin Ashenfelter) 23-004

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANTHONY LOMBARDO | ) | Case No. 23-mj-88 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 17, 2023** in the county of **Philadelphia** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and 1114(a) | Attempted murder and forcible assault of a federal officer and a person assisting such an officer |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Joseph Donahue
*Complainant's signature*

Special Agent Joseph Donahue, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 17, 2023

Lynne Sitarski
Digitally signed by Lynne A. Sitarski
Date: 2023.01.18 09:33:39 -05'00'
*Judge's signature*

City and state: Philadelphia, PA

Hon. Lynne A. Sitarski, U.S. Magistrate Judge
*Printed name and title*

22-mj-88

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Joseph Donahue, Special Agent for the Federal Bureau of Investigation ("FBI"), being duly sworn, state the following:

1. I have been employed as a Special Agent with the FBI since September 2015 and am currently assigned to the Philadelphia FBI Violent Crime Task Force ("VCTF"). My current duties include, among other things, the investigation of bank robberies, fugitives, firearms offenses, kidnappings, and in this instance, assaults on federal employees. Prior to my duties as Special Agent of the FBI, I was a Police Officer in the Town of Northborough, Massachusetts from January 2013 through August 2015.

2. The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that ANTHONY LOMBARDO attempted to murder and forcibly assault, intimidate, and interfere with a Federal Officer or person assisting such an officer, in violation of 18 U.S.C. §§ 111(a)(1) and 1114(a).

## FACTS SUPPORTING PROBABLE CAUSE

3. On January 17, 2023, L.J.,[1] a Court Security Officer ("CSO") employed by the United States Marshals Service ("USMS") was working his assigned post in the area of 34 North 7th Street, Philadelphia, PA. CSO L.J., a private security officer contracted by the USMS, was engaged in performance of official duties on behalf of and in assistance to the USMS and the

---

[1] The identity of L.J. is known to the government. L.J. is identified by initials to protect his identity given the violent nature of the investigation and the location of the incident.

1

United States as defined by 18 U.S.C. § 1114. Specifically, CSO L.J. was charged with manning a security checkpoint that served the Federal Offices and Courthouse for the Eastern District of Pennsylvania ("Federal Complex").

4. At approximately 9:30 a.m., a white Dodge Caravan bearing Pennsylvania registration "STANVIL" ("the Vehicle") parked along the east side of North 7th Street, approximately 75 feet south of the vehicle checkpoint for the Federal Complex. The area where the Vehicle parked was a prohibited parking zone. Within approximately 30 seconds of the Vehicle arriving, CSO L.J. approached the Vehicle at the front passenger side. The operator of the Vehicle, identified as defendant ANTHONY LOMBARDO, exited the driver's seat and walked around the front of Vehicle with a large kitchen knife in his right hand. He approached CSO L.J. at which time CSO L.J. discharged his service firearm, striking LOMBARDO. LOMBARDO fell to the ground on his knees, driving the knife into the dirt of a tree planter on the side of the road. LOMBARDO released the knife, leaving it in the ground. With his right hand, LOMBARDO then began grabbing at an unknown object inside the left sleeve of his long-sleeved shirt. CSO L.J. discharged his firearm once more, striking LOMBARDO, who then laid on his back with arms outstretched.

5. A witness, A.G.,[2] observed aid being rendered to the injured LOMBARDO and saw a second knife recovered from LOMBARDO's person. A second witness, G.D.,[3] was assisting other CSOs with LOMBARDO's apprehension and subsequent aid, and observed the removal of a second knife that was protruding from the sleeve of LOMBARDO's left arm.

---

[2] The identity of A.G. is known to the government. A.G. is identified by initials to protect her identity given the violent nature of the investigation and the location of the incident.

[3] The identity of G.D. is known to the government. G.D. is identified by initials to protect his identity given the violent nature of the investigation and the location of the incident.

6.  Responding law enforcement officers also observed that LOMBARDO's clothing was oddly shaped in that the outline of a square, bulky object was visible beneath his gray hooded sweatshirt. This concerned law enforcement personnel that a potential explosive device may be secreted beneath LOMBARDO's clothing.  That object was later found to be makeshift body armor made of hard plastic. While LOMBARDO was being handcuffed, he flailed his arms and legs at law enforcement, at which time he stated, in substance: "Let me bleed out."

7.  Accordingly, I believe that based upon the violent nature of LOMBARDO's attempted assault on CSO L.J. with a large kitchen knife, the existence of a second knife secreted in his sleeve, and his makeshift body armor, I submit that there is probable cause to believe that LOMBARDO attempted to murder and forcibly assault, intimidate, and interfere with a Federal Officer or person assisting such an officer, in violation of 18 U.S.C. §§ 111(a)(1) and 1114(a). Therefore, I respectfully request that the attached arrest warrant be issued to authorize the arrest of ANTHONY LOMBARDO.

Respectfully submitted,

*/s/ Joseph Donahue*
Joseph Donahue
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on January 17, 2023

Lynne Sitarski
Digitally signed by Lynne A. Sitarski
Date: 2023.01.18 09:34:30 -05'00'

HONORABLE LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE