IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 23-mj-88** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY LOMBARDO** | : | |

**O R D E R**

AND NOW, this  13th  day of July 2023, the Court finds that the defendant and the government are engaged in discussions about resolving this matter without a trial. The Court also finds that the defense does not oppose the government's motion for continuance. The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section(h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of 90 additional days, until October 16, 2023.

BY THE COURT:


  /s/ David R. Strawbridge
HON. DAVID R. STRAWBRIDGE
United States Magistrate Judge