IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 23-mj-88 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY LOMBARDO | : | |

### GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(7)(A)

The United States of America, by and through its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Justin Ashenfelter, Assistant United States Attorney, moves for a 30-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion states as follows:

1. On January 17, 2023, a Complaint was filed by the United States Attorney's Office charging defendant Anthony Lombardo with violating Title 18, United States Code, Sections 111(a)(1) and 1114(a) (attempted murder and forcible assault of a federal officer and a person assisting such an officer).

2. On January 20, 2023, the defendant made his initial appearance on the Complaint in Magistrate Court. The hearing was conducted virtually, at which time the defendant was a patient in the intensive care unit of Jefferson Hospital after sustaining multiple injuries from gunshots during the incident underlying the offense conduct charged in the Complaint.

3. The Speedy Trial Act, 18 U.S.C. § 3161 et seq., requires that an Indictment or Information be filed within thirty days from the date on which the defendant was

1

arrested. 18 U.S.C. § 3161(b).

      4.      On January 26, 2023, the Honorable Richard A. Lloret granted the government's unopposed motion to extend the time in which to file an Information or Indictment until April 19, 2023.

      5.      On February 21, 2023, a hearing was held before the Honorable Carol Sandra Moore Wells, and the government's motion for pretrial detention was granted.

      6.      On April 12, 2023, the Honorable Pamela Carlos granted the government's unopposed motion to extend the time in which to file an Information or Indictment until July 18, 2023.

      7.      On July 13, 2023, the Honorable David R. Strawbridge granted the government's unopposed motion to extend the time in which to file an Information or Indictment until October 16, 2023.

      8.      On October 13, 2023, the Honorable Scott W. Reid granted the government's unopposed motion to extend the time in which to file an Information or Indictment until December 15, 2023.

      9.      On December 14, 2023, the Honorable Scott W. Reid granted the government's unopposed motion to extend the time in which to file an Information or Indictment until February 13, 2024.

      10.      On February 12, 2024, the Honorable Craig M. Straw granted the government's unopposed motion to extend the time in which to file an Information or Indictment until March 14, 2024.

11. The parties are engaged in discussions about resolving this matter without a trial and negotiating the terms of a plea agreement on an Information that is expected to be reached within 30 days of this writing.

12. Counsel for the defendant, Elizabeth Toplin and Kathleen Gaughan, Esqs., join in the government's request for a 30-day continuance, and requested additional time to visit with the defendant to discuss the terms of the proposed plea agreement.

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of 30 days of the time within which to file an Indictment or Information in this case, that is, until April 13, 2024.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


 */s/ Justin Ashenfelter*
 JUSTIN ASHENFELTER
 Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 23-mj-88** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY LOMBARDO** | : | |

## **O R D E R**

AND NOW, this _____ day of March, 2024, the Court finds that the defendant and the government are engaged in discussions about resolving this matter without a trial. The Court also finds that the defense does not oppose the government's motion for continuance. The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section(h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of 30 additional days, until April 13, 2024.

BY THE COURT:

_____
HON. LYNNE A. SITARSKI
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Government's Unopposed Motion for Continuance Pursuant to Title 18, United States Code, Section 3161(h)(7)(A) has been served by United States mail upon the following:

Kathleen Gaughan, Esq.
Kathleen_Gaughan@fd.org

Elizabeth Toplin, Esq.
Elizabeth_Toplin@fd.org

*/s/ Justin Ashenfelter*
JUSTIN ASHENFELTER
Assistant United States Attorney

DATED:  March 12, 2024